1
2
3
4
5
6
7
8
9

FILED

AUG 0 8 2018

CLERK SUSAN Y SOONG
NORTHERN DISTRICT U.S. DISTRICT COURT
SAN JOSE CALIFORNIA

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,           )     CASE NO. 06-70705 – PSG
                                       )
15        Plaintiff,                   )     ORDER DISMISSING COMPLAINT
                                       )
16 v.                                  )
                                       )
17 MARIO ALBERTO LOZANO,               )
                                       )
18        Defendant.                   )
                                       )

19

20        Based upon motion of the United States of America, and good cause appearing therefor, it is

21 hereby ORDERED that the above-captioned complaint be dismissed.

22

23 Dated: August 8, 2018

24                                           NATHANAEL M. COUSINS
                                             United Stats Magistrate Judge
25                                           Northern District of California

26

27

28

**ORDER DISMISSING COMPLAINT**
                                    1